**quinn emanuel** trial lawyers | austin

1300 I St NW, Suite 900, Washington, D.C. 20005 | TEL (202) 538-8000 FAX (202) 538-8100

WRITER'S DIRECT DIAL NO.
**(202) 538-8308**

WRITER'S EMAIL ADDRESS
**christophermichel@quinnemanuel.com**

June 12, 2025

**VIA CM/ECF**

Mr. Lyle W. Cayce
U.S. Court of Appeals for the Fifth Circuit
Office Of the Clerk
F. Edward Herbert Building
600 S. Maestri Place
New Orleans, LA 70130-3408

Re:   *Texas Capital Bank v. Government National Mortgage Association*, No. 25-10624

Dear Mr. Cayce,

Appellant respectfully requests a Level 1 extension of 30 days to file its opening brief. The brief is currently due July 15, 2025. With the extension, it will be due August 14, 2025. Appellees do not oppose this request.

Good cause exists because lead counsel has additional case commitments between now and the current deadline, including: *State of Nevada v. Optum, Inc.*, No. A-24-885923-C (Nev. Dist. Ct. Clark County) (motion to dismiss due June 13); *California v. Express Scripts, Inc.*, No. 24-1972 (9th Cir.) (en banc petition due June 16); *Doe v. Black*, No. 25-564 (2d Cir.) (opening brief due June 17); *Nevada v. Express Scripts, Inc.*, No. 25-02234 (9th Cir.) (opening brief due June 24); *Mississippi v. Optum, Inc.*, No. 3:24-CV-718-KHJ-MTP (S.D. Miss.) (motion to dismiss due June 30); *Griffin v. OptumRx, Inc.*, No. 25-1165 (8th Cir.) (reply brief due July 1); *Goldman v. Gurney-Goldman*, No. 166, 2025 (Del.) (answering brief due July 7).

Respectfully submitted,

*/s/ Christopher G. Michel*

Christopher G. Michel

cc:    Counsel of Record

quinn emanuel urquhart & sullivan, llp

ABU DHABI | ATLANTA | AUSTIN | BEIJING | BERLIN | BOSTON | BRUSSELS | CHICAGO | DALLAS | DOHA | HAMBURG | HONG KONG | HOUSTON | LONDON | LOS ANGELES | MANNHEIM | MIAMI | MUNICH | NEUILLY-LA DEFENSE | NEW YORK | PARIS | PERTH | RIYADH | SALT LAKE CITY | SAN FRANCISCO | SEATTLE | SHANGHAI | SILICON VALLEY | STUTTGART | SYDNEY | TOKYO | WASHINGTON, DC | ZURICH